UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


VENTURE INDUSTRIES CORPORATION,

      Plaintiff,

v.                                                                      Case No. 99-75354
                                                                        Hon: AVERN COHN

AUTOLIV ASP, INC.,

      Defendant.

_____/


## ORDER DENYING DEFENDANTS' MOTION FOR NEW TRIAL


On October 11, 2004, defendants filed a motion for new trial under Fed.R.Civ.P.

60(b).  The motion has been extensively briefed and argued.  The Court is not persuaded

that a new trial is in order.  For reasons which will be separately stated in a memorandum

to follow, the motion is DENIED.


        _s/Avern Cohn_____
             **AVERN COHN**
        **UNITED STATES DISTRICT JUDGE**


Dated:7/15/05_____
      Detroit, Michigan


S:\OPINIONS\JULY 2005\Venture New Trial.wpd