UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VENTURE INDUSTRIES CORPORATION;
VEMCO, INC.; PATENT HOLDING
COMPANY and LARRY J. WINGET,

    Plaintiffs,

v.

    Case No. 99-75354
    Hon: AVERN COHN

AUTOLIV ASP, INC. and AUTOLIV, INC.,

    Defendants.
_____/

## ORDER

Plaintiffs' motion to increase appeal bond requirements is before the Court for decision. Currently the judgment in this case and pre-judgment interest total approximately $38,500,000.00. The appeal bond, in the form of a letter, is in the amount of $27,576,000.00. This amount together with the net worth of defendant Autoliv, Inc. would likely be sufficient to secure plaintiff of payment of the judgment together with pre-judgment interest should plaintiff ultimately prevail. However, in their latest paper filed, plaintiffs suggest that only defendant Autoliv ASP, Inc. is liable for payment of the judgment and pre-judgment interest. If such is the case, then the appeal bond shall be increased to $41,000,000.00 as plaintiffs request.

Within ten (10) days Autoliv, Inc. shall advise the Court of its responsibility for payment of the judgment and pre-judgment interest. If it takes the position it has no

1

liability to plaintiffs, then the appeal bond shall properly be increased to $41,000,000.00. If it advises the Court it is liable on the judgment and for the pre-judgment interest without qualification, then the motion will be denied.

    SO ORDERED.

                       s/Avern Cohn  
                       AVERN COHN  
                       UNITED STATES DISTRICT JUDGE

Dated: October 30, 2006

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, October 30, 2006, by electronic and/or ordinary mail.

                       s/Julie Owens  
                       Case Manager, (313) 234-5160