UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VENTURE INDUSTRIES CORPORATION,

    Plaintiff,

v.

Case No. 99-75354
Hon: AVERN COHN

AUTOLIV ASP, INC.,

    Defendant.

_____/

## ORDER AMENDING JUDGMENT

On August 7, 2006, the Court of Appeals for the Federal Circuit vacated the calculation of prejudgment interest in the Amended Final Judgment in a Civil Case entered April 7, 2004 *Nunc Pro Tunc* December 3, 2004 and required the Court to recalculate the prejudgment interest. Venture v. Autoliv, No. 04-1486/1488, 2006 WL 2252836 (Fed. Cir. Aug. 7, 2006). Prejudgment interest has been recalculated as required, and is $6,902,251.00 as of December 4, 2003. Accordingly, a Second Amended Judgment is to be entered reflecting that amount.

SO ORDERED.

Dated: November 29, 2006

    s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, November 29, 2006, by electronic and/or ordinary mail.

    s/Julie Owens
Case Manager, (313) 234-5160

1