AO 450  (Rev. 7/99) Judgment in a Civil Case **CLOSED**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

VENTURE INDUSTRIES CORP., et al,

           Plaintiff,

v.

AUTOLIV ASP, INC.,

           Defendant.
_____/

SECOND AMENDED FINAL JUDGMENT IN A CIVIL CASE

Case Number: 99-75354

Honorable Avern Cohn

■ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that the judgment be and hereby is entered in favor of plaintiffs and against defendant in the AGGREGATE OF $34,482,413.84.

        $27,567,001.00 - jury verdict
        $  6,902,251.00 - prejudgment interest
        $       13,161.84 - costs

Pursuant to Rule (77d), FRCivP
Copies have been mailed to:

the attorneys of record

Date   November 29, 2006
nunc pro tunc December 04, 2003 for purposes of computing interest

David Weaver, Clerk of Court

s/Julie Owens
Deputy Clerk