UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| VENTURE INDUSTRIES CORPORATION, et al., | |
| Plaintiffs, | Civil Action No. 99-75354 |
| | Honorable Avern Cohn |
| v. | Magistrate Wallace Capel |
| AUTOLIV ASP, INC., et al., | |
| Defendants. | |

John E. Anding (P30356)
Attorney for Plaintiffs
DREW COOPER & ANDING
Ledyard Building, Suite 300
Grand Rapids, Michigan 45903
(616) 454-8300

William H. Horton (P31567)
Sean M. Walsh (P48724)
Attorneys for Defendants
COX, HODGMAN & GIARMARCO, P.C.
Tenth Floor Columbia Center
101 W. Big Beaver Road
Troy, Michigan 48084
(248) 457-7000

A. Sidney Katz
Richard W. McLaren Jr.
Thomas L. Gemmell
WELSH & KATZ, LTD
Attorneys for Plaintiffs
120 South Riverside Plaza, 22nd Floor
Chicago, Illinois 60606
(312) 655-1500

Peter E. Greene
Cyrus Amir-Mokri
Attorneys for Defendants
SKADDEN, ARPS, SLATE
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN THAT, Defendant Autoliv ASP, Inc. ("Autoliv ASP"), in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the Order Denying Autoliv ASP's Motion for Vacatur of Judgment pursuant to Fed. R. Civ. P. 60(b)(3), entered on November 29, 2006.

Dated: December 15, 2006                    Respectfully submitted,

/s/ *Cyrus Amir-Mokri*
William H. Horton (P31567)
Sean M. Walsh (P48724)
COX, HODGMAN & GIARMARCO, P.C.
Tenth Floor Columbia Center
101 W. Big Beaver Road
Troy, Michigan  48084
(248) 457-7000

Peter E. Greene (PG-8125)
Cyrus Amir-Mokri (CA-6865)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

*Counsel for Defendants Autoliv ASP, Inc.*

## CERTIFICATE OF SERVICE

I, Cyrus Amir-Mokri, counsel for Autoliv ASP, Inc., hereby certify that, on December 15, 2006, I caused a true and correct copy of Defendant Autoliv ASP, Inc.'s Notice of Appeal to be filed with the Clerk of the Court using the ECF system which will send notification to the counsel listed below:

| | |
|---|---|
| John E. Anding<br>Bridget C. Kehoe<br>Thomas V. Hubbard<br>DREW, COOPER & ANDING<br>125 Ottawa Avenue NW<br>Ledyard Building Suite 300<br>Grand Rapids, MI 49503<br>(616) 454-8300 | A. Sidney Katz<br>Richard W. McLaren, Jr.<br>Thomas L. Gemmell<br>WELSH & KATZ LTD<br>120 South Riverside Plaza, 22nd Floor<br>Chicago, IL 60606<br>(312) 655-1500 |

\s\ Cyrus Amir-Mokri
Cyrus Amir-Mokri
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
(212) 735-3000