UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VENTURE INDUSTRIES
CORPORATION, et al.,

    Plaintiffs,

v.

AUTOLIV, INC., et al.,

    Defendants.

Civil Action No. 99-75354
Honorable Avern Cohn

## **ORDER**

Autoliv ASP, Inc. has satisfied the Second Amended Final Judgment in the above-entitled case, which was entered on November 29, 2006 "nunc pro tunc December 04, 2003" in the amount of $34,482,413.84.

SO ORDERED.

    s/Avern Cohn
    AVERN COHN
    UNITED STATES DISTRICT JUDGE

Dated: October 30, 2007

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, October 30, 2007, by electronic and/or ordinary mail.

    s/Julie Owens
    Case Manager, (313) 234-5160