UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VENTURE INDUSTRIES
CORPORATION, et al.,

      Plaintiffs,                                Civil Action No. 99-75354
                                                    Honorable Avern Cohn

      v.

AUTOLIV, INC., et al.,

      Defendants.

_____

## **ORDER**

The parties having brought various matters before the Court, which were heard on October 25, 2007, and the Court being fully advised in the premises;

IT IS ORDERED AS FOLLOWS:

1. The final amount of the Judgment in the above-captioned action is $36,418,483.50, inclusive of all interest and costs.

2. The Second Amended Judgment dated November 29, 2006 is, for the reasons stated upon the record at a hearing before this Court on October 25, 2007, corrected to read "plaintiff Venture Industries Corporation" instead of "plaintiffs", the latter entry being a ministerial error.

3. Pursuant to Fed. R. Civ. P. 67, Autoliv ASP, Inc. ("Autoliv") is granted leave to deposit the sum of $155,468 into the interest-bearing account established by the Court's October 3, 2007 Order, pursuant to which Order Autoliv has already paid $36,263,015.50 towards final payment of the full amount of the judgment in this case. Withdrawals from the account shall be by order of the Court. The Clerk shall deposit the funds in a money market account at the

prevailing rate of interest at a federally approved financial institution. The Clerk shall deduct any administrative registry fee set by the Director of the Administrative Office of the U.S. Courts and authorized by the Judicial Conference of the United States from the interest earned on the funds without further order of the Court.

     4. Upon depositing $155,468 with the Court, Autoliv will have fully and completely satisfied the judgment in the above-captioned action, including all interest and costs, and the Letter of Credit No. SLT410035, issued by JPMorgan Chase Bank, N.A. on March 3, 2004 (amended on November 10, 2006) on behalf of Autoliv in this action, shall become *functus officio* and shall forthwith be returned by Venture to Autoliv.

     SO ORDERED.

     s/Avern Cohn
     AVERN COHN
     UNITED STATES DISTRICT JUDGE

Dated: November 9, 2007

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, November 9, 2007, by electronic and/or ordinary mail.

     s/Julie Owens
     Case Manager, (313) 234-5160