UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VENTURE INDUSTRIES
CORPORATION, et al.,

    Plaintiffs,                                       Civil Action No. 99-75354
                                               Honorable Avern Cohn

    v.

AUTOLIV, INC., et al.,

    Defendants.

_____

### AMENDED ORDER REGARDING SATISFACTION OF JUDGMENT

Autoliv ASP, Inc. has fully, finally and completely satisfied the Judgment in the above-entitled case, in the amount of $36,418,483.50.

    SO ORDERED

Dated: November 14, 2007                          s/Avern Cohn
                                                        AVERN COHN
                                                        UNITED STATES DISTRICT JUDGE