IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| VENTURE INDUSTRIES CORPORATION, VEMCO, INC., PATENT HOLDING COMPANY, and LARRY J. WINGET,<br><br>Plaintiffs,<br>v.<br><br>AUTOLIV ASP, INC. and AUTOLIV, INC.,<br><br>Defendants. | Honorable Avern Cohn<br><br>Magistrate Wallace Capel<br><br><br>Civil Action No. 99-75354 |

John E. Anding (P30356)
Thomas V. Hubbard (P60575)
DREW, COOPER & ANDING
Attorneys for Plaintiffs
Ledyard Building, Suite 300
125 Ottawa Ave., NW
Grand Rapids, Michigan 49503
(616) 454-8300

Peter E. Greene
Cyrus Amir-Mokri
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Attorneys for Defendant Autoliv ASP, Inc.
Four Times Square
New York, New York 10036-6522
(212) 735-3000

# NOTICE OF APPEAL

- 1 -

NOTICE IS HEREBY GIVEN, that Plaintiff Venture Industries Corp. ("Venture") in the above-captioned case hereby appeals to the United States Court of Appeals for the Federal Circuit from:

(1) This Court's Order Regarding Prejudgment and Post-Judgment Interest, entered on October 30, 2007;

(2) Portions of this Court's Order of November 9, 2007 which reflect that, by depositing with the Court an additional $155,468.00, defendant Autoliv ASP, Inc. "will have fully and completely satisfied the judgment" in favor of Venture.

(3) Portions of this Court's Order of November 9, 2007 which reflect that the final amount of the judgment in favor of Venture, including all fees and costs, is $36,418,483.50.

(4) This Court's Amended Order Regarding Satisfaction of Judgment, entered November 14, 2007.

Respectfully submitted,

DREW, COOPER & ANDING
Attorneys for Plaintiffs

Dated: November 15, 2007

By: /s/ John E. Anding
John E. Anding (P30356)
Thomas V. Hubbard (P60575)
Ledyard Building, Suite 300
125 Ottawa Avenue, NW
Grand Rapids, Michigan 49503
(616) 454-8300

- 1 -

## CERTIFICATE OF SERVICE

     I hereby certify that on November 15, 2007, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Cyrus Amir-Mokri and Peter E. Greene.

*/s/ John E. Anding*
John E. Anding (P30356)
Drew, Cooper & Anding
Ledyard Building, Suite 300
125 Ottawa Avenue, NW
Grand Rapids, MI 49503
(616) 454-8300 Tel.
(616) 454-0036 Fax
janding@dcadvocate.com

I:\SAJ\1943-08\notice of appeal.doc