UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CADENCE INOVATION, LLC,
VENTURE INDUSTRIES CORPOR-
ATION, VEMCO, INC., PATENT
HOLDING COMPANY, and
LARRY J. WINGET,

    Plaintiffs

vs.

AUTOLIVE ASP, INC., AUTOLIVE,
INC., and MORTON INT'L, INC.,

    Defendants.
_____/

Case No. 99-cv-75354
Hon. Avern L. Cohn
Magistrate Judge Wallace Capel

**ORDER FOR DISTRIBUTION OF PORTION OF JUDGMENT
PROCEEDS TO JPMORGAN CHASE BANK, N.A, AS AGENT**

    A Stipulated Order on Distribution of Portion of Interpleader Funds having been entered in the related matter of <u>Stuart A. Gold, Trustee v. Cadence Innovation, LLC, et al</u>, Case No. 2:07-cv-14435, and the Court being advised in the premises:

    IT IS ORDERED that, pursuant to Local Rule 67.1(b), the Clerk of the Court shall forthwith disburse Ten Million Forty-Six Thousand Eight Hundred Seven and 30/100 Dollars ($10,046,807.30) from the account established by the Court's Order of October 3, 2007 in this matter (Docket No. 550) to JPMorgan Chase Bank, N.A., Tax ID

#13-4994650, as Agent, in care of its attorneys, Dickinson Wright PLLC, 500 Woodward Avenue, Suite 4000, Detroit, Michigan 48226.

                                              s/Avern Cohn
                                              U.S. DISTRICT COURT JUDGE

DETROIT 7-4032  1042468v1